# Exhibit A

# NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

By my signature below, I represent to the Court that I have been employed by __Pepperidge farm__ as a __Mixer operator__ within the past three (3) years; that I have worked for the company in excess of forty (40) hours in individual work weeks; and that I have not been paid overtime wages owed to me pursuant to 29 U.S.C. §§ 206 and 207. I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

My name is: __Alexander Bedon__ (print your name)

My address is: __[redacted]__ (street address)

__[redacted]__ (city, state, zip code)

My telephone number is: __[redacted]__ (area code and telephone number)

My signature: __[signature]__

Date on which I signed this Notice: __10 / 14 / 2019__
(today's date)

Doc ID: f280157e74d40970c0009dafb6b63df352462145