**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALEXANDER BEDON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>PEPPERIDGE FARM, INC.,<br><br>　　　　　　　Defendant. | Case No.: 19-cv-06949<br><br>Hon. Sara L. Ellis |

## **JOINT MOTION FOR APPROVAL OF SETTLEMENT**

Plaintiff, Alexander Bedon, and Defendant, Pepperidge Farm, Incorporated, by and through their respective counsel, jointly move for approval of the settlement of this action. In support of their motion, the parties state as follows:

1.　Plaintiff filed his Complaint on October 22, 2019 alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), Illinois Minimum Wage Law, 820 Ill. Comp. Stat. 105/1, *et seq.*, and the Biometric Information Privacy Act ("BIPA"), 740 Ill. Comp. Stat. 14/1, *et seq.*

2.　The parties were ordered to participate in this Court's Mandatory Initial Discovery Pilot ("MIDP"), *see* Dkt. 6, and, on January 16, 2020 exchanged disclosures pursuant to the MIDP.

3.　After exchanging MIDP Disclosures, the parties began discussing the possibility of resolving this matter.

4. After weeks of arms-length negotiations, the parties reached a mutually satisfactory settlement. A copy of the agreed-upon Settlement Agreement and General Release ("Agreement") is attached as Exhibit A.

5. Because this action involves claims brought under the FLSA, the parties seek the Court's approval of the terms of the settlement. *See Brooklyn Sav. Bank v. O'Neil*, 324 U.S. 697, 65 S. Ct. 895, 89 L. Ed. 1296 (1945) (requiring Court or Department of Labor approval for FLSA settlements and explaining low standard for judicial review when parties are represented by counsel).

6. "Normally, a settlement is approved where it is the result of contentious arm's-length negotiations, which were undertaken in good faith by counsel. . . and serious questions of law and fact exist such that the value of an immediate recovery outweighs the mere possibility of further relief after protracted and expensive litigation." *Nelson v. Proxemics Consulting, Inc.*, No. 1:15-CV-00175-JD-SLC, 2016 WL 1166003, at *1 (N.D. Ind. Feb. 18, 2016), *report and recommendation adopted*, 2016 WL 1165757 (N.D. Ind. Mar. 24, 2016). That is the case here.

7. The parties agree that the terms of the settlement are fair and reasonable.

8. Each party was independently represented by competent counsel with experience in litigating claims under the FLSA and BIPA, and each counsel was obligated to and did vigorously represent their client's rights. In fact, the parties' counsel engaged in several written and verbal communications detailing their divergent positions on the relevant legal and factual issues and a potential resolution of the matter.

9. The parties have entered into this settlement voluntarily and knowingly and understand fully the meaning and effect of their actions. Furthermore, the parties agree that the settlement is in the best interest of the Plaintiff, as it enables him to recover alleged damages

without the uncertainty and risk associated with litigation and the necessity or delay of trial or possible appeals.

10. It is the parties' intention that the settlement entered into in this matter shall constitute full and final settlement of the Plaintiff's claims that were alleged or could have been brought in this matter. Accordingly, attached as Exhibit B to this motion is a Stipulation and Proposed Order dismissing this action with prejudice.

WHEREFORE, Plaintiff Alexander Bedon and Defendant Pepperidge Farm, Incorporated jointly move the Court to enter an order approving the settlement and dismissing the matter with prejudice.

Respectfully Submitted:

| **ALEXANDER BEDON** | **PEPPERIDGE FARM, INCORPORATED** |
|---|---|
| By: /s/ Bradley Manewith  Bradley Manewith | By: /s/ Sari M. Alamuddin  Sari M. Alamuddin |
| Bradley Manewith  Siegel & Dolan Ltd.  150 North Wacker Drive, Suite 3000  Chicago, Illinois 60606  (312) 878-3210  bmanewith@msiegellaw.com | Sari M. Alamuddin  Morgan Lewis & Bockius LLP  77 West Wacker Drive, Fifth Floor  Chicago, IL 60601  (312) 324-1000  sari.alamuddin@morganlewis.com |

**Date:** April 8, 2020

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 8, 2020, the foregoing **Joint Motion for Approval of Settlement** was filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division via the CM/ECF system, which shall send notice of such filing to all counsel of record at the e-mail addresses on file with the Court.

By: /s/ Bradley Manewith
Bradley Manewith