**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ALEXANDER BEDON, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>PEPPERIDGE FARM, INC.,<br><br>            Defendant. | Case No.: 19-cv-06949<br><br>Hon. Sara L. Ellis |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the Parties' Settlement Agreement, the Parties, by and through their attorneys, hereby stipulate and agree to dismiss this matter, with prejudice.

| **ALEXANDER BEDON** | **PEPPERIDGE FARM, INCORPORATED** |
|---|---|
| By: /s/ Bradley Manewith<br>     Bradley Manewith | By: /s/ Sari M. Alamuddin<br>     Sari M. Alamuddin |
| Bradley Manewith<br>Siegel & Dolan Ltd.<br>150 North Wacker Drive, Suite 3000<br>Chicago, Illinois 60606<br>(312) 878-3210<br>bmanewith@msiegellaw.com | Sari M. Alamuddin<br>Morgan Lewis & Bockius LLP<br>77 West Wacker Drive, Fifth Floor<br>Chicago, IL 60601<br>(312) 324-1000<br>sari.alamuddin@morganlewis.com |

Dated: April 8, 2020